IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS - SPRINGFIELD DIVISION

| | |
|---|---|
| MONSANTO COMPANY and ) | |
| MONSANTO TECHNOLOGY LLC ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO. 08-3012 |
| ) | |
| MICHAEL BARRY and ) | |
| JOSEPH VENVERTLOH, ) | |
| ) | |
| Defendants. ) | |

PROTECTIVE ORDER

This cause is before the Court upon the Plaintiffs' Motion for Expedited Discovery and Entry of Protective Order (d/e 6). The court, having fully reviewed the motion and the materials submitted in support of the motion, finds as follows:

IT IS ORDERED THAT: Plaintiffs' motion is DENIED in part and ALLOWED in part. The motion is DENIED with regard to expedited discovery. The motion is ALLOWED with regard to the entry of a protective order.

IT IS FURTHER ORDERED THAT: The Defendants (and any related

entity) are hereby prohibited:

(a) From planting, altering, destroying, tampering, transferring, removing or engaging in any activity in regard to any soybean seed, harvested soybeans, or crop residue in Defendants' possession, custody or control or which is currently stored or maintained by, on behalf of, or at the control and direction of Defendants which may result in the destruction, spoliation or secreting away of soybeans, harvested soybeans or soybean crop residue that may contain Monsanto's patented Roundup Ready ® biotechnology;

(b) From any action that would hinder Monsanto's ability to identify the presence of Monsanto's Roundup Ready ® crop seed biotechnology that is either in the possession, custody or control of Defendants, such as, but not limited to, disposing of, by any means, seed or crop residue before they can be subjected to testing for the presence of Monsanto's proprietary gene technology, or any tillage of the soil of any soybean field farmed by, on behalf of, or at the control and direction of Defendants, either individually or by and through one or more farming entities.

The parties have the right to appeal per Local Rule 72.2(A).

Entered this 18th day of January, 2008.

                                                        s/Charles H. Evans
                                                      CHARLES H. EVANS
                                       United States Magistrate Judge